PER CURIAM.
Affirmed. Fain v. Cartwright, 132 Fla. 855, 182 So. 302 (1938); Warfield v. Drawdy, 41 So.2d 877 (Fla.1949); Buckley Towers Condominium, Inc. v. Buchwald, 340 So.2d 1206 (Fla. 3d DCA 1977); Wackenhut Protective Systems, Inc. v. Key Biscayne Commodore Club Condominium I, Inc., 350 So.2d 1150 (Fla. 3d DCA 1977); Feinman v. City of Jacksonville, 356 So.2d 50 (Fla. 1st DCA 1978); Florida Rules of Civil Procedure, Rule 1.430(b).